**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00183-CV

**TRAVIS RAYMOND SMITH AND CORE DIRECTIONAL SERVICES, LLC, Appellants**

**V.**

**MULTI-SHOT, LLC D/B/A MS ENERGY SERVICES, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-71757**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 12, 2015. On March 16, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.